UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| S.S., AS PARENT AND NEXT FRIEND OF L.S., A MINOR, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| ANTHONY DAVID NAPOLITANO, et al., | ) ) ) |
| Defendants. | ) |

Case No. 18-2491-CM

## ORDER

Plaintiff filed her complaint in this case on September 13, 2018, naming three defendants: Anthony Napolitano, Megan Napolitano Robe, and Marc Robe. Summons were returned showing execution on all defendants (ECF Nos. 5-7). On December 4, 2018, the court extended defendants' answer deadline to December 19, 2018 (ECF No. 8). On that date, Napolitano Robe and Robe filed a joint answer (ECF No. 12). But Napolitano has not filed any responsive pleading in this case.

Therefore, by **January 22, 2019,** plaintiff is ordered to either file a motion for default judgment against Napolitano or to show cause in writing to the Honorable Carlos Murguia, United States District Judge, why this case should not be dismissed as to Napolitano, with prejudice, for lack of prosecution under Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

Dated January 7, 2019, in Kansas City, Kansas.

s/ James P. O'Hara
James P. O'Hara

U.S. Magistrate Judge